Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Aqua Shield, Inc. _____ v. Inter Pool Cover Team, et al. _____

No. 14-1263

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     See Attachment
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

- Name: H. Dickson Burton
- Law firm: TRASKBRITT, P.C.
- Address: 230 Sout 500 East, Suite 300
- City, State and ZIP: SAlt Lake City, Utah 84102
- Telephone: (801) 532-1922
- Fax #: (801) 531-9168
- E-mail address: hdburton@traskbritt.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/31/1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/6/14
Date

/s/ H. Dickson Burton
Signature of pro se or counsel

cc: _____

123

## ATTACHMENT TO ENTRY OF APPEARANCE OF H. DICKSON BURTON

## FORM 8

**NAME OF PARTIES REPRESENTED BY H. DICKSON BURTON:**

**INTER POOL COVER TEAM, ALUKOV HZ SPOL. S.R.O. ("ALUKOV"), AND POOL & SPA ENCLOSURES, LLC**